**Gloria L. YANCEY, Appellant,**

v.

**Cecil R. YANCEY, Appellee.**

**No. 2992.**

Municipal Court of Appeals for the
District of Columbia.

Submitted June 4, 1962.

Decided Sept. 6, 1962.

George C. Dreos, Washington, D. C.,
for appellant.

No appearance for appellee.

Before HOOD, Chief Judge, and
QUINN and MYERS, Associate Judges.

PER CURIAM.

This appeal is from an order denying
counsel fees to an attorney for his servic-
es in attempting to have a husband adjudged
in contempt for failure to pay alimony.

After hearing counsel's statement of his
services, the court, remarking that the par-
ties had many children and little money, re-
fused to allow counsel fees. Conceding
that the award of counsel fees is largely
within the discretion of the trial court,
counsel argues that it was an abuse of dis-
cretion to deny any counsel fees.

Denial of counsel fees does not
of itself establish an abuse of discretion,
and on the record before us we cannot say
the trial court's action was arbitrary or un-
reasonable.

Affirmed.